1

2

# NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| TIANXIANG YU, an Individual, | Case 2:24-cv-09772-ODW(PVCx) |
| Plaintiff, | **ORDER RE STIPULATED PARTIAL JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| SHANGHAI SISHUN E-COMMERCE CO., LTD., a China Corporation; FENGSHENG WANG, an Individual; GUANGZHOU MUFENG INTERNATIONAL TRADE CO., LTD., a China Corporation; WUHAN HONGMEDIA ELECTRONIC COMMERCE CO., LTD., a China Corporation; SHUSHU CHEN, an Individual; and HONG KONG YINTA INTERNATIONAL TRADE COMPANY LIMITED, a China Corporation, | |
| Defendants. | |
| AND ALL RELATED COUNTER AND CROSS ACTIONS | |

9

10

11

12

13

14

15

16

17

18

19

20

## PARTIAL JUDGMENT

1.     Finding no just cause for delay, Fed. R. Civ. P. 54(b), the Court hereby enters partial judgment in favor of Plaintiff/Counter Defendant, TIANXIANG YU ("Plaintiff/Counter Defendant" or "Yu") against Defendant HONG KONG YINTA INTERNATIONAL TRADE COMPANY LIMITED, a China Corporation ("Defendant" or "HK Yinta") on all claims.

2.     For the purposes of binding preclusive effect on HK Yinta as to future disputes with respect to the Lawsuit or September 26, 2025 Settlement Agreement ("Settlement Agreement"), between HK Yinta and Yu, HK Yinta admits the following:

    a.     Yu is now, and has at all times since the date of issuance, the owner of the of the United States Patent No. D959,699 (the "D'699 Patent");

    b.     HK Yinta, by its actions described in the Yu's Complaint, i.e., patent infringement of the United States Patent No. D959,699 (the "D'699 Patent") by HK Yinta's sale of its YITAHOME products (the "Infringing Product") sold through, but not limited to, Amazon under ASINs B0D7HVL8T7, B0D3Q2Z9BL, B0C9MRBNGL, B0D3LN1JMJ, B0D9P6R11L, B0D7HVL8T7, and B0D7HWM3BR, has committed patent infringement of the D'699 Patent through its sales of the Infringing Product;

3.     HK Yinta, and those in active concert with it, including its agents, servants, employees, officers, directors, shareholders, attorneys, independent contractors and partners are permanently enjoined in the United States from any advertising, manufacturing, offering for sale, distributing, importing or selling of the Infringing Product and from encouraging or assisting any third party to do the same (collectively, the "Injunction").

4.     HK Yinta is bound by the Injunction so long as the D'699 Patent remains active and valid.

5.    For damages, costs and fees incurred by Yu for HK Yinta's patent infringement in association with HK Yinta's sale of the Infringement Product, HK Yinta and Yu have reached an agreement in the Settlement Agreement (the "Money Judgment").  Payment of the Money Judgment is to be made in accordance to the terms of the Settlement Agreement.

6.    The Parties waive any rights to appeal this stipulated judgment, including without limitation the Injunction.

7.    This document shall be deemed to have been served upon HK Yinta at the time of its execution by the Court.


SO ORDERED, this day:  October 6, 2025


_____
HON. OTIS D. WRIGHT II
Judge of the United States District Court